AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____
District of Kansas

| | | |
|---|---|---|
| TEXTRON AVIATION INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:25-cv-1088-HLT-ADM |
| | ) | |
| WILLIAM TSUMPES and | ) | |
| SEAGUARD AVIATION, LLC | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Seaguard Aviation, LLC
1001 S. Main Street, Ste. 600
Kalispell, MT 59901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael G. Jones
Matthew A. Spahn
Martin, Pringle, Oliver, Wallace & Bauer, L.L.P.
645 E. Douglas, Suite 100
Wichita, KS 67202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  5/07/2025                           s/ J. Kendall
                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-1088-HLT-ADM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This s[ummons for]

was received b[y]

☐ I p[ersonally served]

☐ I le[ft]

on (da[te])                                                                                     ere,

☐ I s[erved]                                                                              , who is

desig[nated]

☐ I re[turned]                                                                              ; or

**X** Other *(specify):* Service completed via certified mail.

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Seaguard Aviation, LLC
1001 S. Main St., Ste. 600
Kalispell, MT 59901

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 9503 5069 4027 75

2. Article Number *(Transfer from service label)*

9589 0710 5270 0402 7647 05

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
Meg HARDY    5/12/25
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date:  6/3/2025 _____          /s/ Michael G. Jones _____
                                              *Server's signature*

                                       Michael G. Jones _____
                                              *Printed name and title*

                                       645 E. Douglas, Suite 100, Wichita, KS 67202
                                              *Server's address*

Additional information regarding attempted service, etc: