**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| TEXTRON AVIATION INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:25-cv-1088-HLT-ADM |
| | ) | |
| WILLIAM TSUMPES, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SEAGUARD  AVIATION, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>NOTICE OF SERVICE</u>**

Plaintiff Textron Aviation Inc. hereby notifies the Court that on the 29th day of August

2025, it served Plaintiff's Rule 26(a)(1)(A) Initial Disclosures via electronic mail and properly

addressed to counsel of record and Judge Mitchell's chambers.

Respectfully submitted:

MARTIN, PRINGLE, OLIVER,
  WALLACE & BAUER, L.L.P.

By:    *s/Michael G. Jones*
    Michael G. Jones, #14511
    Matthew A. Spahn, #25932
    Lora Jennings Mizell, #22044
    645 E. Douglas, Suite 100
    Wichita, Kansas 67202
    Tel. (316) 265-9311
    Fax (316) 265-2955
    mgjones@martinpringle.com
    maspahn@martinpringle.com
    ljmizell@martinpringle.com
    *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2025, I electronically filed the foregoing document via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Michael G. Jones*