## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**TEXTRON AVIATION INC.,**
**Plaintiff,**                                      §
                                                    §
                                                    §
                                                    §
**v.**                                              §          **Case 6:25-cv-01088-HLT-ADM**
                                                    §
                                                    §
                                                    §
**WILLIAM TSUMPES, and**                            §
**SEAGUARD AVIATION, LLC,**                         §
**Defendants.**                                     §

### AMENDED NOTICE OF INTENT TO ISSUE AND SERVE A SUBPOENA

**PLEASE TAKE NOTICE** that, as required by the Federal Rules of Civil Procedure, Rule 45(a)(4), Defendant Seaguard Aviation, LLC, by and through counsel, intends to issue and serve the attached Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in this civil action.

The Subpoena will be served on Schledrock, LLC, at 40 E. Main St., Ste. 723, Newark, DE 19711 (located in New Castle County) and through its statutory agent Ed Suddock at 8648 E. Onyx Ave., Scottsdale, AZ 85258, on or after **June 5, 2026**, commanding production of the designated items on or before **July 7, 2026.** A full and exact copy of the proposed Subpoena is attached hereto as **Exhibit A**.

**Dated:** June 3, 2026.

                                        Respectfully submitted,

                                        **COOLING & HERBERS, P.C.**
                                        /s/ *Elizabeth A. Vasseur-Browne*
                                        Elizabeth A. Vasseur-Browne, 25170
                                        1100 Main Street, Ste. 2400
                                        Kansas City, MO 64105
                                        Tel: (816) 474-0777
                                        Fax: (816) 472-0790

lbrowne@coolinglaw.com

Howard L. Close (pro hac vice)
TX State Bar No. 04406500
Randall C. Owens (pro hac vice)
TX State Bar No. 15380700
Armon A. Mehrinfar (pro hac vice)
TX State Bar No. 24124668
**WRIGHT CLOSE BARGER &
GUZMAN, LLP**
One Riverway, Suite 2200
Houston, Texas 77056
Tel: (713) 572-4321
Fax: (713) 572-4320
close@wcbglaw.com
owens@wcbglaw.com
mehrinfar@wcbglaw.com

**ATTORNEYS FOR DEFENDANTS
WILLIAM TSUMPES AND
SEAGUARD AVIATION, LLC**

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on June 3, 2026, with the Clerk of the Court

using the CM/ECF system, which will send electronic notice to:

Michael G. Jones, *Esq.*
Matthew A. Spahn, *Esq.*
**MARTIN, PRINGLE, OLIVER,**
**WALLACE & BAUER L.L.P.**
645 E. Douglas, Suite 100
Wichita, Kansas 67202
Tel. (316) 265-9311
Fax. (316) 265-2955
mgjones@martinpringle.com
maspahn@martinpringle.com
**ATTORNEYS FOR TEXTRON**
**AVIATION INC.**


/s/ *Elizabeth A. Vasseur-Browne*
Elizabeth A. Vasseur-Browne