**Exhibit A**

## DEFINITIONS:

1. **"The Aircraft"** refers to the plane purchased by you from Textron Aviation, a 2025 Cessna Citation CJ3+ (Model 525B) aircraft, bearing Manufacturer's Serial Number 525B0741 and FAA Registration/Tail Number N928BT.

2. **"You"** refers to the owner of the Aircraft, Schledrock, LLC, and/or its agents, representatives, employees, and affiliates.

3. **"Textron"** refers to Textron Aviation Inc., Cessna Aircraft Company, their parent corporations, subsidiaries, affiliates, factory service centers, employees, and authorized sales representatives.

4. **"Prior Contract"** refers to any pre-existing purchase agreement, aircraft reservation agreement, letter of intent, deposit agreement, or option to purchase involving the Aircraft between Textron and William Tsumpes and Seaguard Aviation, LLC, prior to your acquisition.

5. **"Document"** means any writing, record, or data compilation, including paper records, electronic files, emails, text messages, and metadata, as defined by Federal Rule of Civil Procedure 34(a).

6. **"Electronic Communication"** includes, but is not limited to, emails, instant messages, SMS/text messages, WhatsApp messages, Slack messages, and any other digital correspondence.

7. **"Time Period"** Unless otherwise specified, the time period applicable to all Request for Productions herein is restricted to the period from January 2024 through present (the "Relevant Period").

8. If you object to any Request in part, you must produce all responsive documents that are not subject to your objection and clearly state the grounds for the partial objection.

## DOCUMENTS TO BE PRODUCED:

### REQUEST FOR PRODUCTION NO. 1:

All Documents and Electronic Communications constituting, referencing, or relating to any contract, purchase agreement, or amendment concerning the Aircraft during the Relevant Period.

### REQUEST FOR PRODUCTION NO. 2:

All Documents, Electronic Communications, schedules, checklists, or notes regarding any aircraft walkthrough, inspection, or physical review of the Aircraft.

### REQUEST FOR PRODUCTION NO. 3:

All Documents and Electronic Communications concerning any pre-delivery inspections (PDI), conformity certificates, or airworthiness evaluations performed prior to delivery.

**Exhibit A**

**REQUEST FOR PRODUCTION NO. 4:**

All Documents and Electronic Communications regarding any defects, discrepancies, or maintenance items identified during any walkthrough or pre-delivery inspection.

**REQUEST FOR PRODUCTION NO. 5:**

All documents and communications concerning the purchase price, payments, wire transfers, financing agreements, invoices, and closing statements relating to your acquisition of the Aircraft from Textron Aviation.

**REQUEST FOR PRODUCTION NO. 6:**

All maintenance logs, repair records, alteration forms (including FAA Form 337), work orders, and communications regarding any repairs, inspections, or modifications made to the Aircraft since its manufacturing date.

**REQUEST FOR PRODUCTION NO. 7:**

All documents establishing or referencing the official delivery date and physical transfer of custody of the Aircraft from Textron to you, including but not limited to FAA delivery receipts, technical acceptance certificates, delivery flight logs, or ferry flight records.

**REQUEST FOR PRODUCTION NO. 8:**

All Electronic Communications and documents between you (including your pilots, brokers, management companies, or representatives) and Textron regarding the negotiation, pricing, mechanical condition, technical specifications, and final delivery of the Aircraft.

**REQUEST FOR PRODUCTION NO. 9:**

All documents, notes, memos, and Electronic Communications reflecting, referencing, or discussing any knowledge, notice, or information provided to you, your broker, or your representatives indicating that the Aircraft was previously under contract, subject to a prior purchase agreement, or under negotiation with another buyer.

**REQUEST FOR PRODUCTION NO. 10:**

All documents reflecting the official delivery date, acceptance logs, delivery receipts, and transfer of title or possession of the Aircraft to you.

**REQUEST FOR PRODUCTION NO. 11:**

All communications between You and Textron regarding the Aircraft.