**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **TEXTRON AVIATION INC.,** | | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 6:25-cv-1088-HTL-ADM** |
| **WILLIAM TSUMPES,** | § | |
| **and** | § | |
| **SEAGUARD AVIATION, LLC,** | § | |
| **Defendants.** | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF**
**DEADLINE TO FILE MOTION TO AMEND COUNTERCLAIMS**

Defendants and Counter-plaintiffs William Tsumpes ("Tsumpes") and Seaguard Aviation, LLC ("Seaguard"), collectively ("Defendants" or "Counter-plaintiffs) file this Unopposed Motion for Extension of Deadline to File Motion to Amend Counterclaims under Federal Rule of Civil Procedure 6(b)(1)(A) and District of Kansas Local Rule 6.1(a) and respectfully request that the Court extend the deadline to file motions to amend 14 days to July 10, 2026.

**GROUNDS FOR MOTION**

On April 24, 2026, Counter-plaintiffs filed their counterclaims against Plaintiff and Counter-defendant Textron Aviation, Inc. ("Textron"). (ECF 57) Under the scheduling order entered by the Court on May 19, 2026 (ECF 61), the deadline for the parties to file motions to amend pleadings is June 26, 2026. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and District of Kansas Local Rule 6.1(a), Counter-plaintiffs move for the Court to extend the deadline to file motions to amend 14 days to July 10, 2026. Counsel for Counter-plaintiffs has conferred with counsel for Textron, and Textron is **NOT OPPOSED** to the relief requested in this Motion.

Rule 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Rule 6(b)(1)(A)'s

"good cause" standard "should be liberally construed to advance the goal of trying each case on the merits." *Rachel v. Troutt*, 820 F.3d 390, 394 (10th Cir. 2016); *accord PHH Mortg. Corp. v. Stuber*, No. 23-1123-DDC-TJJ, 2023 WL 5152633, at *2 (D. Kan. Aug. 10, 2023) (same). Indeed, a "leading treatise similarly suggests that district courts should normally grant extension requests, made before the deadline, in the absence of bad faith by the requesting party or prejudice to another party." *Rachel*, 820 F.3d at 394 (citing 4B Charles Alan Wright, Arthur R. Miller & Adam N. Steinman, *Federal Practice and Procedure* § 1165, at 605–08 (2015)). This Court, moreover, has applied Rule 6(b) in the context of deadlines under scheduling orders. *See Potter v. Health Care Auth.*, 03–1326–WEB; 2006 WL 580986, at *1-6 (D. Kan. Mar. 8, 2006); *Burton v. R.J. Reynolds Tobacco Co.*, 203 F.R.D. 624, 628-29 (D. Kan. 2001).

Similarly, Local Rule 6.1(a) provides:

**(a)     Motions for an Extension of Time to Perform an Act.** All motions for an extension of time to perform an act required or allowed to be done within a specified time must be filed as soon as practicable and in no event less than 3 days before the specified time.  The motion must show:

(1) whether there has been prior consultation with other parties and the views of other parties;

(2) the date when the act was first due;

(3) if prior extensions have been granted, the number of extensions granted and the date of expiration of the last extension; and

(4) the cause for the requested extension.

Here, Counter-plaintiffs' Motion for a 14-day extension of the deadline to file their motion for leave to amend their counterclaims satisfies the requirements Rule 6(b)(1)(A) and Local Rule 6.1(a). Good cause exists under Rule 6(b)(1)(A) because Counter-plaintiff Tsumpes has been very busy the past two months with an extensive travel and work schedule, which has interfered with his ability to confer with his counsel about the factual underpinnings that support Counter-

2

plaintiffs' amended counterclaims. Moreover, this extension request is also warranted because it is "made before the deadline" with the "absence of bad faith by" Counter-plaintiffs "or prejudice to" Textron. *Rachel*, 820 F.3d at 394. Indeed, Textron does not oppose Counter-plaintiffs' request for an extension of the deadline.

Counter-plaintiffs' Motion also satisfies Local Rule 6.1. As to prong (1), Counter-plaintiffs have conferred with Textron, and Textron does not oppose the Motion. As to prong (2), Counter-plaintiffs have moved for an extension before the current deadline of June 26, 2026, has expired.[1] As to prong 3, this is Counter-plaintiffs' first request for an extension of time to file a motion for leave to amend their counterclaims. And as to prong 4, there is cause for the requested extension because Counter-plaintiff Tsumpes's extensive travel and work schedule has interfered with his ability to confer with his counsel about the factual underpinnings that support Counter-plaintiffs' amended counterclaims.

Thus, Counter-plaintiffs' Motion for a 14-day extension of the deadline to file their motion for leave to amend their counterclaims satisfies the requirements of Rule 6(b)(1)(A) and Local Rule 6.1(a). The Court should grant Counter-plaintiffs' motion and extend the deadline for motions to amend 14 days to July 10, 2026.

## **CONCLUSION**

For the foregoing reasons, Defendants William Tsumpes and Seaguard Aviation, LLC respectfully request that the Court grant this Motion and extend the deadline to file motions to amend 14 days to July 10, 2026.

---

[1]     Counter-plaintiffs file this Motion "less than 3 days before the specified time," D. Kan. Local Rule 6.1(a), but nothing in Local Rule 6.1(a) suggests that this instruction, contained in the preamble of subsection (a), has dispositive effect.

Respectfully submitted,

**COOLING & HERBERS, P.C.**
/s/ *Elizabeth A. Vasseur-Browne*
Elizabeth A. Vasseur-Browne, 25170
COOLING & HERBERS, P.C.
2400 City Center Square
1100 Main Street
Kansas City, Missouri 64105
Tel: (816) 474-0770
Fax: (816) 472-0790
lbrowne@coolinglaw.com

Howard L. Close (pro hac vice)
TX State Bar No. 04406500
Randall C. Owens (pro hac vice)
TX State Bar No. 15380700
Armon A. Mehrinfar (pro hac vice)
TX State Bar No. 24124668
WRIGHT CLOSE BARGER
& GUZMAN, LLP
700 Louisiana Street, Suite 3000
Houston, Texas 77002
Tel: (713) 572-4321
Fax: (713) 572-4320
close@wcbglaw.com
owens@wcbglaw.com
mehrinfar@wcbglaw.com

**ATTORNEYS FOR DEFENDANTS AND
COUNTER-PLAINTIFFS
WILLIAM TSUMPES AND
SEAGUARD AVIATION, LLC**

4

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendants and Counter-plaintiffs conferred by email with counsel for Plaintiff and Counter-defendant on the relief sought by this motion and that Plaintiff and Counter-defendant is unopposed to such relief.

s/ *Elizabeth A. Vasseur-Browne*
Attorney for Defendants
Elizabeth A. Vasseur-Browne, 25170
COOLING & HERBERS, P.C.
2400 City Center Square
1100 Main Street
Kansas City, Missouri 64105
lbrowne@coolinglaw.com
Tel: (816) 474-0770
Fax: (816) 472-0790

## CERTIFICATE OF SERVICE

I hereby certify that on this date, June 26, 2026, I electronically filed this document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record, and that for any parties, I will serve copies of this document in accordance with Fed. R. Civ. P. 5 and applicable Local Rules.

Michael G. Jones, #14511
Matthew A. Spahn, #25932
MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER L.L.P.
645 E. Douglas, Suite 100
Wichita, Kansas 67202
Tel. (316) 265-9311
Fax. (316) 265-2955
mgjones@martinpringle.com
maspahn@martinpringle.com

/s/ *Elizabeth A. Vasseur-Browne*
Attorney for Defendants
Elizabeth A. Vasseur-Browne, 25170

5

COOLING & HERBERS, P.C.
2400 City Center Square
1100 Main Street
Kansas City, Missouri 64105
lbrowne@coolinglaw.com
Tel: (816) 474-0770
Fax: (816) 472-0790

6